JS - 6

**FILED: 11/27/12**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Afshin Gharkhani*,

        Plaintiff,

        v.

*Irene Martin*, **Acting District Director of Los Angeles Citizenship and Immigration Services**

        Defendant.

CASE NO. CV 12-2955-GHK (E)

**JUDGMENT**

    Pursuant to the Court's November 27, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Afshin Gharkhani's claims against Defendant Phyllis Coven, substituted in place of Defendant Irene Martin, are **DISMISSED with prejudice.**

    **IT IS SO ORDERED**.

    DATED: November 27, 2012

_____
GEORGE H. KING
Chief United States District Judge