JS - 6

**FILED: 11/27/12**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Afshin Gharkhani*, | CASE NO. CV 12-2955-GHK (E) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Irene Martin*, Acting District Director of Los Angeles Citizenship and Immigration Services | |
| Defendant. | |

Pursuant to the Court's November 27, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Afshin Gharkhani's claims against Defendant Phyllis Coven, substituted in place of Defendant Irene Martin, are **DISMISSED with prejudice.**

**IT IS SO ORDERED**.

DATED: November 27, 2012

_____
GEORGE H. KING
Chief United States District Judge